```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE J01-0011--CV (JWS)
                   "DOUGLAS INDIAN ASSOC V DOROTHY OWEN ET AL"

            Including terminated parties, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:
       Referral Rule:
               Filed: 03/22/01
              Closed: 08/14/01

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

       Nature of Suit: (440) Other Civil Rights
                      28 USC 1362
              Origin: (1) Original Proceeding
              Demand: 99999
          Filing fee: Paid $150.00 on 03/22/01 receipt # 10096505
            Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | DOUGLAS INDIAN ASSOC | Douglas K. Mertz<br>Law Office of Douglas K. Mertz<br>319 Seward Street, Suite 5<br>Juneau, AK 99801<br>907-586-4004 |
| DEF 1.1 | OWEN, DOROTHY | Michael Jude Pate<br>Pate & Voluck<br>POB 6384<br>Sitka, AK 99835<br>907-747-2814<br>FAX 907-747-2834 |
| DEF 2.1 | MORRIS, MADELINE | Michael Jude Pate<br>(see above) |
| DEF 3.1 | DUNLAP, MICHAEL | Michael Jude Pate<br>(see above) |
| DEF 4.1 | ZURA, DOROTHY | Michael Jude Pate<br>(see above) |
| DEF 5.1 | LOESCHER, HELEN | Michael Jude Pate<br>(see above) |
| DEF 6.1 | JAMES, VALERIE | Michael Jude Pate<br>(see above) |
| DEF 7.1 | HILL, GRACE | Michael Jude Pate<br>(see above) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE J01-0011--CV (JWS)
                         "DOUGLAS INDIAN ASSOC V DOROTHY OWEN ET AL"

                                       For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 03/22/01
            Closed: 08/14/01

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    28 USC 1362
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $150.00 on 03/22/01 receipt # 10096505
          Trial by:


Document #   Filed      Docket text

    1 -   1  03/22/01   Complaint filed; Summons issued.

    2 -   1  04/16/01   Answer to Complaint.

    3 -   1  04/16/01   DEF 1-7 motion to dismiss w/att affidavits and exhs.

    4 -   1  05/02/01   DEF 1-7 Attorney Appearance of M.J. Pate.

    5 -   1  05/04/01   PLF 1 opposition to DEF 1-7 motion to dismiss w/aff and exhs. (3-1)

    6 -   1  05/16/01   DEF 1-7 reply to opposition to DEF 1-7 motion to dismiss. (3-1)

    7 -   1  05/17/01   DEF 1-7 Request for Oral Argument re: DEF 1-7 motion to dismiss. (3-1)

    8 -   1  06/25/01   JWS Minute Order setting telephonic o/a on mot to dismiss for 7/12/01 at
                        11:00 a.m.. cc: cnsl

    9 -   1  06/29/01   JWS Prelim Order re: mot to dismiss at dkt 3. cc: cnsl

   10 -   1  07/12/01   DEF 1-7 motion to file supplemental factual material w/att exhs.

   11 -   1  07/12/01   JWS Court Minutes [ECR: Bonnie Boyer] granting motion to file
                        supplemental factual material (10-1); mot to dismiss taken under
                        advisement; crt to enter written decision.

   12 -   1  07/13/01   JWS Order granting motion to dismiss (3-1); plf has 20 days to file
                        amended cmplt. cc: cnsl

   13 -   1  08/14/01   JWS Minute Order dismissing case w/o prej for lack of jurisdiction. cc:
                        cnsl
```